## DEWIT v. STANIFORD.

An *indebitatus assumpsit* doth not lie by one partner in trade against another, upon their unliquidated accounts.

ACTION of *indebitatus assumpsit;* declaring, that the plaintiff and defendant with two others were traders in company, in A. D. 1784, and indebted to Mr. Webb by note £297 6s.; that said Mr. Webb has recovered of him the whole of said

debt, amounting to £400; that said other two partners are bankrupt, and it is the duty of the defendant to pay one-half of it; and so raises the promise.

Plea in abatement — That there had been large trade and dealings carried on by said company; that the plaintiff had received large sums of the company's money, which hath not been accounted for, the accounts having never been settled. Demurrer.

Judgment — Plea sufficient. For it would be improper and impracticable for the court in this action to settle and adjust those accounts, which is the proper business of auditors to do, in order to find whether there is anything due to the plaintiff or not.